BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN L. SHELTON ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE ) <br> **Commissioner of Social Security** ) <br> **of the United States of America,** ) <br> ) <br> Defendant. ) <br> ) | Case No. CIV-09-2480 CMK <br><br> **AMENDED STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 26, 2010, to July 20, 2010, with all other deadlines adjusted accordingly. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

Dated: April 26, 2010                    /s/*Bess M. Brewer*
                                         BESS M. BREWER
                                         Attorney at Law

                                         Attorney for Plaintiff


Dated: April 27, 2010                    Benjamin B. Wagner
                                         United States Attorney

                                         /s/ *Jacob Mikow*
                                         JACOB MIKOW
                                         Special Assistant U.S. Attorney
                                         Social Security Administration

                                         Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.


DATED: May 6, 2010

                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE