1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HELEN L. SHELTON** | Case No.  CIV-09-2480 CMK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from  August 20, 2010, to August 23, 2010,  with all other deadlines adjusted accordingly.  This extension is required due to Plaintiff's counsel's impacted briefing schedule and the need to file two other summary judgment motions in older cases on August 20, 2010.

/ / / /

/ / / /

/ / / /

1

Dated: August 20, 2010                     /s/Bess M. Brewer
                                           BESS M. BREWER
                                           Attorney at Law

                                           Attorney for Plaintiff


Dated: August 20, 2010                     Benjamin B. Wagner

                                           United States Attorney

                                           /s/ Jacob Mikow
                                           JACOB MIKOW
                                           (approved by e-mail)

                                           Special Assistant U.S. Attorney


                                           Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.


 DATED: August 25, 2010


                                           CRAIG M. KELLISON
                                           UNITED STATES MAGISTRATE JUDGE

2