BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CA SBN 238045
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8976
   Facsimile: (415) 744-0134
   Email: jacob.mikow@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HELEN L. SHELTON,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:09-CV-02480-CMK<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to workload demands of Defendant's counsel and the number and complexity of issues in Plaintiff's opening brief. The current due date is September 22, 2010. The new due date will be October 22, 2010.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

DATE: September 14, 2010                    BESS M. BREWER
                                              Bess M. Brewer and Associates

                              By:    */s/ Bess M. Brewer**
                                               (* As authorized via email dated September 14, 2010)
                                             BESS M. BREWER

                                             Attorneys for Plaintiff

DATE: September 14, 2010                    BENJAMIN B. WAGNER
                                              United States Attorney
                                             LUCILLE GONZALES MEIS
                                             Regional Chief Counsel, Region IX
                                             Social Security Administration

                                By     */s/ Jacob M. Mikow*
                                             JACOB M. MIKOW
                                             Special Assistant U.S. Attorney

                                             Attorneys for Defendant

## **ORDER**

APPROVED AND SO ORDERED.

DATED: September 17, 2010

                                             _____
                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE