BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8961
    Facsimile:  (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| HELEN L. SHELTON,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:09-CV-2480-CMK<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will issue a fully favorable award in the above captioned case.

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
| Date:  November 5, 2010 | /s/ Bess M. Brewer |
|   | BESS M. BREWER |
|   | Bess M. Brewer and Associates |
|   | Attorney for Plaintiff |

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

/s/ Cynthia B. De Nardi
CYNTHIA B. DE NARDI

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  November 9, 2010

_____

**CRAIG M. KELLISON**

UNITED STATES MAGISTRATE JUDGE