1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HELEN L. SHELTON** ) | Case No.  **CIV-09-2480 CMK** |
| ) | |
| ) | |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE EAJA ATTORNEY FEE PETITION** |
| v. ) | |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file her EAJA petition for attorney fees is hereby extended from February 8, 2011, to March 8, 2011,  to afford the parties additional time to settle the fees.

/ / / /

/ / / /

/ / / /

1

Dated: February 4, 2011

/s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


Dated: February 4, 2011

Benjamin B. Wagner

United States Attorney

/s/ Cynthis De Nardi
CYNTHIA DE NARDI

Special Assistant U.S. Attorney

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.


DATED: February 4, 2011

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2