BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105-2102
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| HELEN SHELTON,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:09-2480-CMK<br><br>**STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND ONE HUNDRED AND FIFTY TWO DOLLARS AND 21/CENTS ($4,152.21). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §[§ 1920,] 2412(d).

    After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, – S.Ct. – , 2010 WL 2346547 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any

1  offset allowed under the United States Department of the Treasury's Offset Program.  After the
2  order for EAJA fees and expenses is entered, the government will determine whether they are
3  subject to any offset.
4        Fees and expenses shall be made payable to Plaintiff, but if the Department of the
5  Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause
6  the payment of fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the
7  assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.
8        This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
9  attorney fees and expenses, and does not constitute an admission of liability on the part of
10 Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release
11 from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to
12 EAJA attorney fees and expenses in connection with this action.
13       This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
14 Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

15
16                                        Respectfully submitted,
17
18 Date:   March 2, 2011               */s/ Bess M. Brewer*\*
                                        BESS M. BREWER (* by email authorization 3/1/11)
19                                      Attorney for Plaintiff
20
21                                      BENJAMIN B. WAGNER
                                        United States Attorney
22                                      LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Social Security Administration
23
24 Date:   March 2, 2011        By:    */s/ Cynthia B. De Nardi*
                                        CYNTHIA B. DE NARDI
25                                      Special Assistant United States Attorney
   //
26 //
27 //
28 //

-2-

1 **ORDER**

2     **APPROVED AND SO ORDERED:**

3 **Date:  3/10/2011**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE